UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL G. PITTMAN,

                    Plaintiff,

                                                            Case No. 11-15115

v.

                                                    HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 14) AND
## GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 9) AND
## DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 11) AND
## REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS

I.

        This is a social security case.  Plaintiff Paul G. Pittman appeals from the final

determination of the Commissioner of Social Security (Commissioner) that he is not

disabled and therefore not entitled to disability insurance benefits.  The matter was

referred to a magistrate judge for all pretrial proceedings.  Plaintiff and the

Commissioner filed cross motions for summary judgment.  Plaintiff asked that the

Commissioner's decision be reversed and benefits awarded, or that the matter be

remanded for further proceedings.  The magistrate judge issued a report and

recommendation (MJRR) recommending that plaintiff's motion be granted as to a

remand and the Commissioner's motion be denied.  Specifically, the magistrate judge recommends that the matter be remanded for further administrative proceedings under sentence six[1] of 42 U.S.C. § 405(g) so that the ALJ can consider new and material evidence.  See MJRR at p. 9-12.

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed.  The failure to file objections to the report and recommendation waives any further right to appeal.  Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions.  Thomas v. Arn, 474 U.S. 140, 149 (1985).

However, the Court has reviewed the MJRR and agrees with the magistrate judge.  Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court.  Plaintiff's motion for summary judgment is GRANTED IN PART AND DENIED IN PART.  The Commissioner's motion for summary judgment is DENIED.

---

[1] "A district court's authority to remand a case for further administrative proceedings is found in 42 U.S.C. § 405(g)."  Hollon v. Commissioner, 447 F.3d 477, 482-83 (6th Cir. 2006).  The statute permits only two types of remand:  a sentence four (post-judgment) remand made in connection with a judgment affirming, modifying, or reversing the Commissioner's decision; and a sentence six (pre-judgment) remand where the court makes no substantive ruling as to the correctness of the Commissioner's decision.  Under a sentence six remand, the administrative proceedings can be reopened so that the Commissioner may consider "new and material evidence that for good cause was not previously presented to" the Commissioner.  Hollon, 447 F.3d at 483.

This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

 S/Avern Cohn                                    
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  January 10, 2013

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 10, 2013, by electronic and/or ordinary mail.

 S/Sakne Chami                      
Case Manager, (313) 234-5160

3